IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 19-00112-CR-W-HFS |
| CREGG L. MATTHEWS | ) |
| Defendant. | ) |

ORDER

Having reviewed the record and briefing, I ADOPT the report and recommendation (Doc. 141) and DENY the motion to suppress (Doc. 73). While not necessary to the decision, I understand that the inevitable discovery doctrine applies to evidentiary issues, not to whether defendant might have evaded arrest, which he contends was possible, despite the electronic ability of law enforcement officials to trace his whereabouts.

SO ORDERED.

/s/ Howard F. Sachs
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

October 12, 2021
Kansas City, Missouri